THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Shazjuan S. Shabazz, Appellant
 
 
 
 

Appeal From Pickens County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2010-UP-490
 Submitted November 1, 2010  November 4,
2010 

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliot, all of Columbia; and Solicitor Robert M. Ariail, of Greenville,
 for Respondent.
 
 
 

PER CURIAM:  Shazjuan
 S. Shabazz appeals his conviction for first-degree criminal sexual conduct and
 kidnapping.  His counsel argues the trial court erred in admitting a hearsay
 statement and denying his motion for a new trial.  Additionally, Shabazz filed
 a pro se brief.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.  
THOMAS, PIEPER, and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.